UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
***********************
MANUEL REZENDEZ            *    C.A. NO.:
     Plaintiff             *
                           *
v.                         *    COMPLAINT
                           *
F/V LEGACY and             *
Pyrite International Inc.  *    04 CV 10071 JLT
     Defendants            *
***********************
```

## SEAMAN'S AFFIDAVIT

I, DAVID B. KAPLAN, Attorney for the plaintiff in the above-entitled action, on oath depose and state as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which states that:

> In all courts of the United States, seaman may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor.

Respectfully submitted,

_David B. Kaplan_
DAVID B. KAPLAN, #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02210
(617) 261-0081

January 12, 2004