UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *
MANUEL REZENDEZ                *    C.A. NO.: 04 CV 10071-JLT
    Plaintiff                  *
                               *
v.                             *
        *
F/V LEGACY and                 *
PYRITE INTERNATIONAL INC.      *
    Defendants                 *
* * * * * * * * * * * * * * * * * * * * * * *
```

PLAINTIFF'S 35.1 AUTOMATIC DISCLOSURE

Pursuant to Local Rule 35.1, please find enclosed the following medical records and bills:

1. Westerly Hospital
2. Dr. Stephen Gross, Ninigret Orthopedics, Inc.
3. Ocean State Open MRI

Respectfully submitted
Plaintiff
by his attorney,

*David B Kaplan*
DAVID B. KAPLAN #258540
The Kaplan/Bond Group
Boston Fish Pier
West Building - Suite 304
Boston, MA 02205-1404
617/261-0080

Dated: May 19, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail (by hand) on 5-19-04
*David B Kaplan*