UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * *
MANUEL REZENDEZ                *        C.A. NO.:    04 CV 10071-JLT
      Plaintiff                *
                               *
v.                             *
                               *
F/V LEGACY ,                   *
PYRITE INTERNATIONAL INC.      *
      Defendants               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## THE PLAINTIFF, MANUEL REZENDEZ'S ASSENTED TO MOTION
## TO CONTINUE STATUS CONFERENCE

      The Plaintiff, Manuel Rezendez, respectfully requests that this court continue the status conference in connection with the above-referenced matter which is currently scheduled for February 8, 2005 at 10:00 a.m. to February 16, 2005 at 10:00 a.m.

      In support of this motion the plaintiff states that all parties have assented to this motion.

      WHEREFORE, the parties respectfully request that this motion be allowed and the conference be rescheduled to February 16, 2005 at 10:00 a.m.

Respectfully submitted,                              Respectfully submitted,

| for the Plaintiff, | for the Defendants, F/V LEGACY and PYRITE INTERNATIONAL, INC., |
|---|---|
| /s/ David B. Kaplan_____ <br> DAVID B. KAPLAN, Esquire <br> BBO #258540 <br> **THE KAPLAN/BOND GROUP** <br> 88 Black Falcon Avenue, Suite 301 <br> Boston, MA 02210 <br> (617) 261-0080 | _____ <br> JOSEPH A. REGAN, ESQUIRE <br> BBO #543504 <br> SYD A. SALOMAN, ESQUIRE <br> BBO #645267 <br> **REGAN & KIELY, LLP** <br> 85 Devonshire Street <br> Boston, MA  02109 <br> (617) 723-0901 |

Dated:  February 4, 2005