UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MANUEL REZENDEZ,
          Plaintiff,


          V                                    CA 04-10071-JLT


F/V/ LEGACY, PYRITE INTERNATIONAL, INC.
          Defendants.



SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.

The court having been advised on March 3, 2005 by counsel for the parties that the above

action has been settled:    IT IS ORDERED that this action is hereby dismissed without

prejudice to reconsideration and possible re-opening if within 30 days of this order a motion

is filed which represents that the terms of the settlement agreement have not been performed

and there is good cause for the  non-performing party or parties to have failed to perform.


                                        By the Court:
                                        Zita Lovett,


                                        /s/
                                        _____
                                        Deputy Clerk

March 3, 2005