# Looney & Grossman LLP
### Attorneys at Law

Patrick O. McAleer
Voicemail: Ext 533
Email: pmcaleer@lgllp.com

101 Arch Street
Boston, Massachusetts 02110-1112
Telephone (617) 951-2800
Telecopier (617) 951-2819
www.lgllp.com

March 2, 2005

**Via Facsimile 617-261-1558**
David B. Kaplan, Esq.
Kaplan Bond Group
88 Black Falcon Avenue
Suite 301
Boston, MA 02210

**Via Facsimile 617-723-0977**
Syd Saloman, Esq.
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109

Re: Rezendez v. F/V LEGACY, Pyrite International, Inc. and Whaling City Seafood Display Auction
Civil Case No. 04-10072-JLT
Our File No. 12509.002    04-10071

Dear Counsel:

In reference to the above matter, please allow this correspondence to confirm, by copy to Clerk Lovett, that the parties have agreed to settle this matter, including any and all claims between any and all parties, pursuant to the settlement proposal discussed in open court on February 16, 2005.

Thank you for your attention to this matter.

Very truly yours,

Patrick O. McAleer

POM/ldo

cc: Clerk Zita Lovett, U.S. District Court
    Via Facsimile 617.748.9096

L:\12509\002\Ltr\07 (Kaplan).doc