UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MANUEL REZENDEZ,<br>Plaintiff,<br><br>v.<br><br>F/V LEGACY and<br>PYRITE INTERNATIONAL, INC.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 04-10071-JLT |

## JOINT STIPULATION OF DISMISSAL

Now come the parties to this action, by their attorney, and hereby stipulate that this action be dismissed, with prejudice and without costs.

For the Plaintiff,
Manuel Rezendez:

*/s/ David B. Kaplan*
David B. Kaplan-BBO #258540
Kaplan/Bond Group
88 Black Falcon Ave., Suite 301
Boston, MA 02210
(617) 261-0080

For the Defendants,
F/V LEGACY and PYRITE INTERNATIONAL, INC:

*/s/ Syd A. Saloman*
Syd A. Saloman-BBO #645267
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901